IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JOHN DILLARD, et al., | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. |
| | )   2:98-CV-1199-MHT |
| CITY OF DORA, | ) |
| | ) |
|     Defendant. | ) |

**FINAL JUDGMENT**

By order entered March 12, 2007, (Doc. No. 3), the defendant City of Dora was ordered to show cause, if any there be, in writing by May 11, 2007, as to why the Joint Motion to Show Cause (Doc. No. 2) should not be granted. No response has been filed by defendant.

There being no objection to the plaintiffs' motion for final dismissal of this action, and Alabama Act No. 2006-252 having received preclearance, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1)    Said motion to dismiss is GRANTED.

(2)    It is DECLARED as the judgment of this court that Alabama Act No. 2006-252 provides state legislative authority for the method of election and number of seats prescribed by the consent decree and order of the court entered May 31, 1988, providing that the City Council of the City of Dora consist of seven members elected at-large, without designated or numbered places and with the seven candidates receiving the most votes being elected and each voter casting only one vote.

(3)     The injunction contained in the prior judgment of the court to the extent it pertains to defendant City of Dora is dissolved.

(4)     All claims against the defendant City of Dora in this action are dismissed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this ___ day of May, 2007.

_____
**UNITED STATES DISTRICT JUDGE**