IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION
(MONTGOMERY)

| | |
|---|---|
| JOHN DILLARD, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. |
| | ) 2:98-CV-1199-MHT |
| CITY OF DORA, | ) |
| Defendant. | ) |

## MOTION TO WITHDRAW

**COMES NOW**, the undersigned and hereby files this his Motion to Withdraw as counsel for the City of Dora. As grounds for said motion, the undersign states as follows:

1. The undersigned no longer represents the City of Dora. They are represented by Russell B. Robertson, and

2. Neither parties would be prejudiced by said withdrawal.

**WHEREFORE PREMISES CONSIDERED**, the undersigned request an order allowing him to withdraw as counsel of record for the City of Dora.

This the 21st day of March, 2007.

s/JAMES C. KING
**KING, WILEY & WILLIAMS**
P. O. Box 1688
Jasper, AL 35502-1688
(205) 221-3500
(205) 221-3581 (FAX)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 21st day of March, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following (or by U. S. Mail to the non CM/ECF participants):

City of Dora
P. O. Box K
Dora, AL 35062

James U. Blacksher, Esq.
jblacksher@ns.sympatico.ca
jubatty@bellsouth.net

Edward Still, Esq.
docket@votelaw.com
votelaw@bellsouth.net

John J. Park, Jr., Assistant Attorney General
jpark@ago.state.al.us

Russell B. Robertson, Esquire
**LAIRD & ROBINSON**
P. O. Box 498
Jasper, AL 35502-0498

                                                s/JAMES C. KING
                                                Of Counsel