IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JOHN DILLARD, et al.,,      )
                            )
    Plaintiffs,             )
                            )    CIVIL ACTION NO.
    v.                      )     2:87cv1199-MHT
                            )
CITY OF DORA,               )
                            )
    Defendant.              )
```

## ORDER

It is ORDERED that the motion to withdraw (doc. no. 4) is granted.

DONE, this the 28th day of March, 2007.

        /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE